Anthony S. Petru, Esq., State Bar No. 91399
Quynh L. Nguyen, Esq., State Bar No. 139628
Kristoffer S. Mayfield, Esq., State Bar No. 241093
HILDEBRAND, McLEOD & NELSON, INC.
Westlake Building
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA 94612-2006
TEL: (510) 451-6732
FAX: (510) 465-7023

Attorneys for Plaintiff
MICHAEL J. FEASBY

John D. Feeney, Esq., State Bar No. 84373
UNION PACIFIC LAW DEPARTMENT
10031 Foothills Boulevard, Suite 200
TEL: (916) 789-6400
FAX: (916) 789-6227

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

C05-00263 CRB

| | |
|---|---|
| MICHAEL J. FEASBY, <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, a corporation, <br><br> Defendant. | CASE NO. ~~C02-3495~~ CRB <br><br> STIPULATION FOR ORDER CONTINUING SETTLEMENT CONFERENCE AND FURTHER CASE MANAGEMENT CONFERENCE  AS MODIFIED <br><br> TRIAL: Not Assigned |

THE PARTIES HEREBY STIPULATE and request the court to continue the Settlement Conference, scheduled for Wednesday, April 19, 2006, and Further Case Management Conference, scheduled for Friday, April 28, 2006, for the forgoing reasons:

1. Scheduling conflicts preclude the parties from appearing at the Settlement Conference scheduled for April 19, 2006.

1        STIPULATION FOR ORDER CONTINUING
         SETTLEMENT CONFERENCE AND FURTHER
         CASE MANAGEMENT CONFERENCE

2. The parties have made best efforts to coordinate the availability of Judge Breyer and Judge Spero with regard to the Settlement Conference and Further Case Management Conference, respectively.

3. Plaintiff's counsel contacted Judge Spero's court and obtained the date of May 9, 2006, as the date for the Settlement Conference. The parties met and conferred and agree that May 9, 2006 is a convenient date.

4. The parties also met and conferred regarding the Further Case Management Conference and agree that May 12, 2006 is a convenient date.

DATED: April 7, 2006                HILDEBRAND, McLEOD & NELSON, INC.

                                    By: _____
                                        KRISTOFFER S. MAYFIELD, ESQ.
                                        Attorneys for Plaintiff
                                        MICHAEL J. FEASBY

DATED: April 10, 2006               UNION PACIFIC RAILROAD COMPANY.

                                    By: _____
                                        JOHN D. FEENEY, ESQ.
                                        Attorneys for Defendant
                                        UNION PACIFIC RAILROAD
                                        COMPANY

## ORDER

Pursuant to stipulation of plaintiff MICHAEL J. FEASBY and defendant UNION PACIFIC RAILROAD COMPANY,

**IT IS HEREBY ORDERED** that the:

2    STIPULATION FOR ORDER CONTINUING
     SETTLEMENT CONFERENCE AND FURTHER
     CASE MANAGEMENT CONFERENCE

1. Settlement Conference, currently set on April 19, 2006 is continued to Tuesday, May 9, 2006 at 9:30 a.m. Briefs must be lodged with Judge Spero's chambers **fourteen (14) calendar days before the hearing, or April 25, 2006**; and

2. Further Case Management Conference, currently set on April 28, 2006 is continued to ~~Friday, May 12, 2006~~ June 9, 2006 at 8:30 a.m., or to a date convenient for the court.

ENTERED this __13th__ day of April, 2006.



IT IS SO ORDERED AS MODIFIED
Judge Charles R. Breyer
CHARLES R. BREYER
DISTRICT COURT

STIPULATION FOR ORDER CONTINUING SETTLEMENT CONFERENCE AND FURTHER CASE MANAGEMENT CONFERENCE

3

HILDEBRAND, MCLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
1999 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND, CALIFORNIA 94612-2006
(510) 451-6732