**United States District Court**
For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7  MICHAEL J. FEASBY,                      No. C-05-0263 CRB (JCS)
8          Plaintiff(s),
9     v.                                   **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**
10 UNION PACIFIC RAILROAD COMPANY,
                                           (E-FILING CASE)
11         Defendant(s).
12 _____/
13 TO ALL PARTIES AND COUNSEL OF RECORD:
14     You are hereby notified that a Further Settlement Conference is scheduled for **December 6,**
15 **2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco,
16 California.  Updated confidential Settlement Conference Statements shall be lodged with the Court
17 by **November 29, 2006**.
18     Lead trial counsel shall appear at the Settlement Conference with the parties who have
19 unlimited authority to negotiate and settle the case.
20     The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this
21 case settles prior to the date set for the Further Settlement Conference.  All other provisions of this
22 Court's January 20, 2006 "Notice of Settlement Conference and Settlement Conference Order"
23 remain in effect.
24     IT IS SO ORDERED.
25
26 Dated: July 7, 2006
27                                          _____
                                            JOSEPH C. SPERO
                                            United States Magistrate Judge
28