IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. FEASBY,                                      No. C 05-00263 CRB

      Plaintiff,                                              **ORDER OF DISMISSAL**

  v.

UNION PACIFIC RAILROAD COMPANY,

      Defendant.
                                                     /

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: February 7, 2007

                                                   CHARLES R. BREYER
                                                 UNITED STATES DISTRICT JUDGE